UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CRUZ DUBON RAMIREZ, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 16-1795 (RC) |
| NOTTA BIKE OR BAR, LLC, et al. | ) Hon. Judge Rudolph Contreras |
| Defendants. | ) |

## ORDER

It is hereby ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE.

This 9th day of December, 2016.

_____
Judge Rudolph Contreras